UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAURICE PATTERSON-TERRY**<br><br>                     **Plaintiff**<br><br>**NORFOLK SOUTHERN**<br><br>                     **Defendant** | CIVIL ACTION<br><br>NO.:  20-CV-5793 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO F.R.C.P. 41(a)(1)**

1. The parties agree and Stipulate that plaintiff may DISMISS WITHOUT PREJUDICE this lawsuit.

2. In doing so, defendant does not waive the statute of limitations with regard to the re-filing of the lawsuit.

                                        COFFEY KAYE MYERS & OLLEY

                                        *s/ Lawrence A. Katz, Esq*
                                        ROBERT E. MYERS
                                        LAWRENCE A. KATZ
                                        Counsel for Plaintiff
                                        718 Two Bala Plaza
                                        Bala Cynwyd, PA  19004
                                        610-668-9800
                                        610-667-3352 (Fax)

                                        HOHN & SCHEUERLE

                                        *s/ Richard K. Hohn, Esq.*
                                        RICHARD K. HOHN
                                        Counsel for Consolidated Rail Corp.
                                        1700 Market Street, Suite 3242
                                        Philadelphia, PA  19103
                                        PHONE DURING PANDEMIC:
                                        215-620-2603